Robert A. Nersesian
Nevada Bar No. 2762
Thea Marie Sankiewicz
Nevada Bar No. 2788
**NERSESIAN & SANKIEWICZ**
528 South Eighth Street
Las Vegas, Nevada89101
Telephone:  702-385-5454
Facsimile:  702-385-7667
Email: vegaslegal@aol.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| Todd Hoch | ) | |
| | ) | Case No. |
| Plaintiff, | ) | 2:23-cv-00066-GMN-BNW |
| vs. | ) | |
| | ) | |
| Gaughan South LLC, d/b/a South Point Hotel | ) | |
| and Casino, The Las Vegas Metropolitan Police | ) | |
| Department, A. Pavlov (Doe Defendant 1), John | ) | |
| Monje (Doe Defendant VIII), Angel Lopez (Doe | ) | |
| Defendant IX), Vincent Miozza (Doe Defendant | ) | |
| X), Jordan Etzig (Doe Defendant XIII) and any | ) | |
| remaining unnamed Defendant Does I-XV, | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE OF CLAIMS AGAINST JOHN MONJE, ANGEL LOPEZ, VINCENT MIOZZA, AND JORDAN ETZIG ONLY**

Plaintiff and Defendants, by and through their undersigned counsel of record, hereby stipulate as follows:

1.  Plaintiff's claims against John Monje, Angel Lopez, Vincent Miozza, and Jordan Etzig are herewith dismissed without prejudice;

2.   The persons listed in the preceding paragraph were all employed by Defendant

Gaughan South LLC, d/b/a South Point Hotel and Casino ("Gaughan South") at all relevant times hereto;

3.     Defendant Gaughan South expressly ratifies the acts of its employees listed in the preceding paragraphs as concerns Plaintiff on October 31, 2020, and November 1, 2020, including the alleged tortious or wrongful acts set forth in Plaintiff's Second Amended Complaint;

4.   The ratification in the preceding paragraph is directed by an officer, director or managing agent of Gaughan South who is expressly authorized to direct or ratify the employee's conduct on behalf of Gaughan South;

5.   Each party shall bear their own costs and attorney's fee concerning the dismissed parties.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

6.  It is the intent of this stipulation to waive any limitations on liability by an employer for wrongful acts of an employee as set forth in NRS 42.007 in the context of this matter.

DATED this 29th day of January, 2024.          DATED this 29th day of January, 2024.

**NERSESIAN & SANKIEWICZ**                     **PYATT SILVESTRI**

_/s/ Robert A. Nersesian_                       _/s/ Brian W. Goldman_
Robert A. Nersesian                             Brian W. Goldman, Esq.
Nevada Bar No. 2762                             Nevada Bar No. 6317
528 South Eighth Street                         701 Bridger Avenue, Suite 600
Las Vegas, Nevada  89101                        Las Vegas, Nevada 89101
_Attorneys for Plaintiff_                       Attorneys for Defendant,
                                                _Gaughan South, LLC d/b/a South Point Hotel and Casino_

DATED this 29th day of January, 2024.

**MARQUIS & AURBACH**

_/s/ Jackie V. Nichols_
Jackie V. Nichols, Esq.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, NV 89145
_Attorneys for Defendants,_
_Las Vegas Metropolitan Police Department and A. Pavlov_

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED:  January 29, 2024

3