JAMES P. C. SILVESTRI, ESQ.
Nevada Bar No. 3603
PYATT SILVESTRI
701 Bridger Ave., Suite 600
Las Vegas, NV 89101
Tel: (702) 383-6000
Fax: (702) 477-0088
jsilvestri@pyattsilvestri.com

Attorneys for Defendant,
*GAUGHAN SOUTH LLC d/b/a*
*SOUTH POINT HOTEL AND CASINO*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Todd Hoch,<br><br>             Plaintiff,<br><br>vs.<br><br>Gaughan South LLC d/b/a South Point Hotel and Casino, The Las Vegas Metropolitan Police Department, and Does I-XV,<br><br>             Defendants. | CASE NO.:  2:23-cv-00066-GMN-BNW<br><br>**MOTION TO REMOVE ATTORNEY FROM CM/ECF SERVICE** |

COMES NOW, Defendant, GAUGHAN SOUTH LLC D/B/A SOUTH POINT HOTEL AND CASINO (hereinafter "GAUGHAN"), by and through its counsel of record JAMES P.C. SILVESTRI, ESQ., of the law firm of PYATT SILVESTRI, and respectfully moves this Court for an Order to remove attorney, BRIAN W. GOLDMAN, ESQ. from its Case Management/ Electronic Case Filing system.

Attorney Brian W. Goldman, Esq., is no longer employed with the law office of PYATT SILVESTRI.  Given the appearance of attorney James P.C. Silvestri, Esq., herein, on behalf of Defendant, no party will be prejudiced by the counsel's withdrawal.

///

///

///

///

This Motion is based upon all pleadings and papers filed herein, and any oral arguments that this Court wishes to consider.

Dated this 11th day of March, 2024.

                                        PYATT SILVESTRI

                                        */s/ James P. C. Silvestri*
                                        JAMES P.C. SILVESTRI, ESQ.
                                        Nevada Bar No. 3603
                                        701 Bridger Avenue, Suite 600
                                        Las Vegas, NV  89101
                                        Attorneys for Defendant,
                                        *GAUGHAN SOUTH LLC d/b/a*
                                        *SOUTH POINT HOTEL AND CASINO*

## **ORDER**

IT IS SO ORDERED.

_____
BRENDA WEKSLER
U.S. MAGISTRATE JUDGE