**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Jackie V. Nichols, Esq.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
jnichols@maclaw.com
    Attorneys for Defendants Las Vegas Metropolitan Police
    Department and Officer A. Pavlov

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Todd Hoch,<br><br>          Plaintiff,<br><br>     vs.<br><br>Gaughan South LLC, d/b/a South Point Hotel and Casino, The Las Vegas Metropolitan Police Department, A. Pavlov (Doe Defendant 1), John Monje (Doe Defendant VIII), Angel Lopez (Doe Defendant IX), Vincent Miozza (Doe Defendant X), Jordan Etzig (Doe Defendant XIII) and any remaining unnamed Defendant Does I-XV,<br><br>          Defendants. | Case Number:<br>2:23-cv-00066-GMN-BNW<br><br>**STIPULATION AND ORDER TO EXTEND LVMPD DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT ESTABLISHING LIABILITY FOR VARIOUS TORTS AS INDICATED IN THE MEMORANDUM BELOW**<br><br>**(FIRST REQUEST)** |

Plaintiff Todd Hoch ("Plaintiff"), by and through his counsel of record, Robert A. Nersesian, Esq. and Thea Marie Sankiewicz, Esq., of Nersesian & Sankiewicz, Defendants, the Las Vegas Metropolitan Police Department (the "Department" or "LVMPD") and Officer A. Pavlov ("Pavlov"), collectively ("LVMPD Defendants"), by and through their counsel of record, Craig R. Anderson, Esq. and Jackie V. Nichols, Esq., of Marquis Aurbach, and Defendant Gaughan South LLC, d/b/a South Point Hotel and Casino ("Gaughan South"), by and through their counsel of record, Jose Carmona, Esq. and James P.C. Silvestri, Esq., of Pyatt Silvestri, hereby agree and jointly stipulate the following.

Accordingly, the parties hereby stipulate and agree as follows:

MAC:14687-318 5443114_1 4/11/2024 9:35 AM

1. Plaintiff filed a Motion for Partial Summary Judgment Establishing Liability for Various Torts as Indicated in the Memorandum Below on March 21, 2024 [ECF No. 49].

2. LVMPD Defendants' counsel had several conflicts that prohibited the completion of LVMPD Defendants' Response to Plaintiff's Motion for Partial Summary Judgment, including depositions in the case of *B.H., et al. v. CCSD, et al.,* United States District Court, District of Nevada, Case No. 2:23-cv-00564-JCM-DJA and drafting an approximately 50 page response to a dispositive motion in the case of *Phillip Semper, et al. v. LVMPD, et al.,* United States District Court, District of Nevada, Case No. 2:20-cv-01875-JCM-EJY.

3. The Parties further agree, LVMPD Defendants' Response to Plaintiff's Motion for Partial Summary Judgment Establishing Liability for Various Torts [ECF No. 49] deadline currently set for April 11, 2024 shall be extended to Thursday, April 25, 2024.

4. WHEREFORE, the parties respectfully request that LVMPD Defendants' Response to Plaintiff's Motion for Partial Summary Judgment Establishing Liability for Various Torts [ECF No. 49] be extended to and including Thursday, April 25, 2024.

. . .

MAC:14687-318 5443114_1 4/11/2024 9:35 AM

5. The instant stipulation is being made in good faith and not for purposes of delay and that no party waives any arguments by entering into this stipulation.

IT IS SO STIPULATED.

Dated this 11th day of April, 2024.

NERSESIAN & SANKIEWICZ

By: /s/ Robert A. Nersesian
    Robert A. Nersesian, Esq.
    Nevada Bar No. 2762
    Thea Marie Sankiewicz, Esq.
    Nevada Bar No. 2788
    528 S. Eighth Street
    Las Vegas, Nevada 89101
    Attorneys for Plaintiff Todd Hoch

Dated this 11th day of April, 2024.

MARQUIS AURBACH

By: /s/ Jackie V. Nichols
    Craig R. Anderson, Esq.
    Nevada Bar No. 6882
    Jackie V. Nichols, Esq.
    Nevada Bar No. 14246
    10001 Park Run Drive
    Las Vegas, Nevada 89145
    Attorneys for Defendants Las Vegas Metropolitan Police Department and Officer A. Pavlov

Dated this 11th day of April, 2024.

PYATT SILVESTRI

By: /s/ Jose Carmona
    Jose Carmona, Esq.
    Nevada Bar No. 14494
    James P.C. Silvestri, Esq.
    Nevada Bar No. 3603
    701 Bridger Avenue, Suite 600
    Las Vegas, Nevada 89101
    Attorneys for Gaughan South LLC, d/b/a South Point Hotel and Casino

**ORDER**

The above Stipulation is hereby GRANTED.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

MAC:14687-318 5443114_1 4/11/2024 9:35 AM

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing **STIPULATION AND ORDER TO EXTEND LVMPD DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT ESTABLISHING LIABILITY FOR VARIOUS TORTS AS INDICATED IN THE MEMORANDUM BELOW (FIRST REQUEST)** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 11th day of April, 2024.

☒ I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

☐ I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

N/A

/s/ Krista Busch
An employee of Marquis Aurbach