Robert A. Nersesian
Nevada Bar No. 2762
Thea Marie Sankiewicz
Nevada Bar No. 2788
Nersesian & Sankiewicz
528 S. Eighth Street
Las Vegas, Nevada 89101
Telephone: 702-385-5454
email: vegaslegal@aol.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| TODD HOCH,<br><br>    Plaintiff,<br><br>vs.<br><br>GAUGHAN SOUTH LLC, d/b/a SOUTH POINT HOTEL AND CASINO, THE LAS VEGAS METROPOLITAN POLICE DEPARTMENT, and DOES 1-XV<br><br>    Defendants. | Case No.<br>2:23-cv-00066-GMN-BNW |

**STIPULATION AND ORDER TO**
**CONTINUE SETTLEMENT CONFERENCE**
**(First Request)**

Plaintiff, by his attorneys, Nersesian & Sankiewicz, Defendant, Gaughan South LLC, d/b/a South Point Hotel and Casino, by its attorneys, Pyatt Silvestri, and Defendant, Las Vegas Metropolitan Police Department, by its attorneys, Marquis Aurbach, Chtd., stipulate to continue the following dates from the Order Scheduling Settlement Conference (ECF No. 53) as follows:

    1)    The settlement conference, now scheduled for May 24, 2024, at 10:00 a.m., is continued until **August 21, 2024, at 10:00 a.m**.

    2)    The pre-Settlement Conference telephonic conference, now scheduled for May 23, 2024, at 3:00 p.m., is continued until **August 20, 2024, at 3:00 p.m**.

3) Each party's written evaluation will be submitted electronically to Ashley Schobert at ashley_schobert@nvd.uscourts.gov by **4:00 p.m. on August 14, 2024**.

4) The balance of the Order Scheduling Settlement Conference (ECF No. 53) shall remain in full force and effect.

This is the first request for a continuance of this matter. The reason for the continuance is that Plaintiff's counsel have a personal matter that requires them to be out of state at the time of the scheduled settlement conference.

DATED this __17__ day of April, 2024.

**Nersesian & Sankiewicz**
*/s/ Thea Marie Sankiewicz*
Thea Marie Sankiewicz
Nevada Bar No. 2788
528 S. Eighth Street
Las Vegas, Nevada 89101

**Pyatt Silvestri**

*/s/ Jose Carmona*
Jose Carmona
Nevada Bar No. 14494
701 Bridger Avenue, Suite 600
Las Vegas, Nevada 89101

**Marquis Aurbach Chtd.**

*/s/ Jacqueline V. Nichols*
Jacqueline V. Nichols
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145

IT IS SO ORDERED.

DATED: __4/17/2024__

_____
United States Magistrate Judge

RE: Hoch v South Point Settlement Conf Stip

From: Jose Carmona (jcarmona@pyattsilvestri.com)
To: jnichols@maclaw.com; vegaslegal@aol.com
Date: Tuesday, April 16, 2024 at 03:01 PM PDT

Same,

Thanks,

Jose E. Carmona, Esq.



PYATT SILVESTRI
A PROFESSIONAL LAW CORPORATION

701 Bridger Avenue, Suite 600
Las Vegas, Nevada 89101
Telephone: (702) 383-6000
Facsimile: (702) 477-0088
jcarmona@pyattsilvestri.com
www.pyattsilvestri.com

**From:** Jackie V. Nichols <jnichols@maclaw.com>
**Sent:** Tuesday, April 16, 2024 2:52 PM
**To:** Robert Nersesian/Thea Sankiewicz <vegaslegal@aol.com>; Jose Carmona <jcarmona@pyattsilvestri.com>
**Subject:** RE: Hoch v South Point Settlement Conf Stip

You may affix my e-signature.



MARQUIS AURBACH
CHTD.

**Jacqueline V. Nichols, Esq.**

10001 Park Run Drive

Las Vegas, NV 89145

t | 702.207.6091

f | 702.382.5816

jnichols@maclaw.com

maclaw.com

 Please consider the environment before printing this e-mail!

DO NOT read, copy or disseminate this communication unless you are the intended addressee. This e-mail communication contains confidential and/or privileged information intended only for the addressee. If you have received this communication in error, please call us (collect) immediately at (702) 382-0711 and ask to speak to the sender of the communication. Also please e-mail the sender and notify the sender immediately that you have received the communication in error. Thank you. Marquis Aurbach - Attorneys at Law

**From:** Robert Nersesian/Thea Sankiewicz <vegaslegal@aol.com>
**Sent:** Tuesday, April 16, 2024 1:46 PM
**To:** Jose Carmona <jcarmona@pyattsilvestri.com>; Jackie V. Nichols <jnichols@maclaw.com>; Robert Nersesian <vegaslegal@aol.com>
**Subject:** Hoch v South Point Settlement Conf Stip

Dear Counsel,

Thank you for your attention to this matter. Attached please find the stipulation to continue the settlement conference and related dates. Please let me know if we may esign the document on your behalf.

Thea Marie Sankiewicz

NERSESIAN & SANKIEWICZ

528 South Eighth Street

Las Vegas, Nevada 89101

Telephone: (702)385-5454

Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.