Robert A. Nersesian
Nevada Bar No. 2762
Thea Marie Sankiewicz
Nevada Bar No. 2788
Nersesian & Sankiewicz
528 S. Eighth Street
Las Vegas, Nevada 89101
Telephone: 702-385-5454
email: vegaslegal@aol.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| TODD HOCH, | )<br>) |
| Plaintiff, | )<br>)<br>) Case No. |
| vs. | ) 2:23-cv-00066-GMN-BNW<br>) |
| GAUGHAN SOUTH LLC, d/b/a SOUTH POINT HOTEL AND CASINO, THE LAS VEGAS METROPOLITAN POLICE DEPARTMENT, and DOES 1-XV | )<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

## STIPULATION AND ORDER TO
## CONTINUE SETTLEMENT CONFERENCE
### (Second Request)

Plaintiff, by his attorneys, Nersesian & Sankiewicz, Defendant, Gaughan South LLC, d/b/a South Point Hotel and Casino, by its attorneys, Pyatt Silvestri, and Defendant, Las Vegas Metropolitan Police Department, by its attorneys, Marquis Aurbach, Chtd., stipulate to continue the following dates from the Order Scheduling Settlement Conference (ECF No. 53) as follows:

1) The settlement conference, now scheduled for January 23, 2025, at 10:00 a.m., is continued until **April 4, 2025, at 10:00 a.m.**

**Nersesian & Sankiewicz**
528 SOUTH EIGHTH STREET
LAS VEGAS NEVADA 89101

1

2) The pre-Settlement Conference telephonic conference, scheduled for January 22, 2025, at 3:00 p.m. (and cancelled by the Court on January 14, 2025), ~~is continued until April 3, 2024, at 3:00 p.m.~~ remains CANCELLED.

3) The deadline for providing settlement statements on behalf of each party has passed.

4) The balance of the Order Scheduling Settlement Conference (ECF No. 53) shall remain in full force and effect.

This is the second request for a continuance of this matter. The reason for the continuance is that Plaintiff's counsel is having major surgery on January 20, 2025, and has been apprised by medical professionals that he will be unable to work for at least five weeks.

DATED this 14th day of Janaury, 2025.

**Nersesian & Sankiewicz**
/s/ *Thea Marie Sankiewicz*
Thea Marie Sankiewicz
Nevada Bar No. 2788
528 S. Eighth Street
Las Vegas, Nevada  89101

**Pyatt Silvestri**
/s/ *Jose E. Carmona*
Jose E. Carmona
Nevada Bar No. 14494
701 Bridger Avenue, Suite 600
Las Vegas, Nevada  89101

**Marquis Aurbach Chtd.**
/s/ *Nicholas D. Crosby*
Nicholas D. Crosby
Nevada Bar No. 8996
10001 Park Run Drive
Las Vegas, Nevada  89145

IT IS SO ORDERED.

DATED: January 16, 2025

_____
United States Magistrate Judge

RE: Hoch v. South Point et al

From: Jose Carmona (jcarmona@pyattsilvestri.com)
To: vegaslegal@aol.com; ncrosby@maclaw.com
Date: Tuesday, January 14, 2025 at 04:08 PM PST

You may affix my electronic signature.

Speedy recovery, Bob. You will be in my family's prayers.

Thanks,

Jose E. Carmona, Esq.



PYATT SILVESTRI
A PROFESSIONAL LAW CORPORATION
7670 W Lake Mead Blvd., Suite 250
Las Vegas, Nevada 89128
Telephone: (702) 383-6000
Facsimile: (702) 477-0088
jcarmona@pyattsilvestri.com
www.pyattsilvestri.com

***PLEASE NOTE that Pyatt Silvestri's address has changed, effective July 1, 2024, to 7670 W. Lake Mead Blvd., Ste. 250, Las Vegas, Nevada 89128. Please update your records accordingly.***

---

**From:** Robert Nersesian/Thea Sankiewicz <vegaslegal@aol.com>
**Sent:** Tuesday, January 14, 2025 4:06 PM
**To:** Nick Crosby <ncrosby@maclaw.com>; Jose Carmona <jcarmona@pyattsilvestri.com>
**Cc:** Robert Nersesian <vegaslegal@aol.com>
**Subject:** Hoch v. South Point et al

Counsel,

Attached please find a Stip and Order to Continue the Settlement Conference in the above matter. Please let us know if we may esign your names.

Thank you for your consideration.

Thea Marie Sankiewicz

NERSESIAN & SANKIEWICZ

528 South Eighth Street

Las Vegas, Nevada 89101

Telephone: (702)385-5454

## RE: Hoch v. South Point et al [IWOV-IMANAGE.FID1127145]

From: Nick Crosby (ncrosby@maclaw.com)

To: vegaslegal@aol.com; jcarmona@pyattsilvestri.com

Cc: smong@maclaw.com

Date: Tuesday, January 14, 2025 at 04:30 PM PST

Permission to e-sing for me.  Thanks, Nick

> **From:** Robert Nersesian/Thea Sankiewicz <vegaslegal@aol.com>
> **Sent:** Tuesday, January 14, 2025 4:06 PM
> **To:** Nick Crosby <NCrosby@maclaw.com>; Jose Carmona <jcarmona@pyattsilvestri.com>
> **Cc:** Robert Nersesian <vegaslegal@aol.com>
> **Subject:** Hoch v. South Point et al
>
> Counsel,
>
> Attached please find a Stip and Order to Continue the Settlement Conference in the above matter.  Please let us know if we may esign your names.
>
> Thank you for your consideration.
>
> Thea Marie Sankiewicz
>
> NERSESIAN & SANKIEWICZ
>
> 528 South Eighth Street
>
> Las Vegas, Nevada 89101
>
> Telephone: (702)385-5454

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.